FILED

JAN 13 2022

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_Western_ DIVISION

```
                                    )
    Jean Delgardo Cenezy            )
 _____ )
                                    )
 _____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

                                         Case No. 5:22-CV-00023-BO
                                              (To be assigned
        vs.                                    by the Clerk of
                                               District Court)
Koniag Tuknik Government Services  )
 _____ )
                                    )
 _____ )
                                    )
 _____ )
                                    )
 _____ )
(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).
```

## COMPLAINT

1.  Plaintiff resides at 3271 Calumet Dr Apt P Raleigh NC 27610


2.  Defendant(s)name(s): Koniag Tuknik Government Services:

Rick Duke, Denise Bailey, Barbara Mack, Jorge Gutierrez


1

Location of principal office(s) of the named defendant(s):

4100 Lafayette Center Dr Ste 303  Chantilly VA 20151

3310 Chapel Hill - Nelson Blvd  Durham NC 27709

Nature of defendant(s) business: _____

IT Security Operations Center contracted by federal agencies

Approximate number of individuals employed by defendant:

250 in IT Security Division

3.  This action is brought pursuant to Title VII of the Civil
Rights Act of 1964 for employment discrimination.  Jurisdiction
is specifically conferred on this court by 42 U.S.C. § 2000e-5.
Equitable and other relief are also sought under 42 U.S.C.
§ 20003-5(g).

4.  The acts complained of in this suit concern:

(A)  _____  Failure to employ me.

(B)  _X___  Termination of my employment.

(C)  _X___  Failure to promote me.

(D)  _X___  Other acts as specified below:

Failure to acknowledge or act on a report of discrimination to
a supervisor. Failure to provide appropriate salary review or
determine fair compensation. Refusal to provide compensation
for work performed. Harassment including negative racial
profiling and stereotyping.

2

Case 5:22-cv-00023-BO    Document 1    Filed 01/13/22    Page 2 of 5

5. Plaintiff is:

(A) _____ presently employed by the defendant.

(B) _X____ not presently employed by the defendant.

The dates of employment were 09/30/2019 to 03/24/2021 .

Employment was terminated because:

(1) __X___ plaintiff was discharged.

(2) _____ plaintiff was laid off.

(3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

(A) _X____ my race.

(B) _____ my religion.

(C) _X____ my sex.

(D) _X____ my national origin.

(E) _____ other as specified below:

_____

_____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

Denise Bailey, White, Female, Chief Administrative Officer

Rick Duke, White, Male, Director of SSA Programs

Jorge Gutierrez, Hispanic, Male, Program Manager (Direct Supervisor to Plaintiff)

Barbara Mack, White, Female, Director of Compensation

Kaveh (Kevin) Razzaghi, White, Male, Operating Group President

_____

3

8. The alleged discrimination occurred on or about _____
09/30/2019 to 03/24/2021; termination was on 03/24/2021
_____.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

Koniag Tuknik Government Services has discriminatory institutional pay and promotion practices based on race, national origin, and sex. They did not compensate or promote me based on these discriminatory practices.

When I reported the discrimination multiple times, I was harassed, ignored and terminated in retaliation.

Failure to acknowledge or act on a report of discrimination to a supervisor. Failure to provide appropriate salary review or determine fair compensation. Refusal to provide compensation for work performed. Harassment including negative racial profiling and stereotyping.

Please see attached description of complaints.

10. The alleged illegal activity took place at: _____
In Durham office and virtual workspaces including video, chat, phone

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about  05/05/2021 _____. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____ 10/13/2021 _____.

4

12. I seek the following relief:

(A) __X____ recovery of back pay;

(B) __X____ reinstatement to my former job;

(C) __X____ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

injunctive orders, damages, costs and attorney's fees.

1-13-22
Date

_____
Signature of Plaintiff

___3271 Calumet Dr Apt P  Raleigh NC 27610_____

___919-708-3363_____

_____
Address and Phone Number of Plaintiff

5